## CORTEZ v. STATE.
### No. 26373.

Court of Criminal Appeals of Texas.

April 15, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

Appellant was charged by complaint and information with unlawfully carrying a pistol on and about his person. He entertained a plea of guilty to rudely displaying a pistol, under such information, and was by the court found guilty thereof and assessed punishment at a fine of $25.

There is no offense known as "rudely displaying a pistol," but such may constitute a violation of the disturbing-the-peace statute, Art. 474, Vernon's P.C., when done in a manner calculated to disturb the peace.

Disturbing the peace is not an offense of a lesser degree to that of unlawfully carrying a pistol. We so held in Williams v. State, 149 Tex.Cr.R. 296, 194 S.W.2d 94, and in Bell v. State, Tex.Cr. App., 256 S.W.2d 108.

The judgment of the trial court is reversed and the cause remanded.

Opinion approved by the court.

## WILLIAMS v. STATE.
### No. 26350.

Court of Criminal Appeals of Texas.

April 15, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The conviction is for possession of beer, wine and whisky for the purpose of sale in a dry area, the jury having assessed the punishment at six months in jail and a fine of $500.

The record contains no notice of appeal, in the absence of which we are without jurisdiction to enter any order except to dismiss the appeal. See Baiz v. State, Tex. Cr.App., 245 S.W.2d 250.

The appeal is dismissed.